**In the Matter of Andrew C. ABRAMS.**

**No. 927 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 29, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of July, 2004, a Rule having been entered by this Court on May 28, 2004, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Andrew C. Abrams to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that Andrew C. Abrams is placed on temporary suspension pursuant to Rule 214(d)(2), Pa.R.D.E., and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

**In the Matter of Michael RADBILL.**

**No. 932 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 29, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of July, 2004, a Rule having been entered by this Court on May 28, 2004, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Michael Radbill to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that Michael Radbill is placed on temporary suspension pursuant to Rule 214(d)(2), Pa.R.D.E., and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.